IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BONNIE GARDNER,<br><br>Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION<br>NO. 12-576 |

### ORDER

**AND NOW**, this ___25th___ day of March, 2014, upon consideration of Plaintiff's Motion for Summary Judgment and Defendant's response thereto, Defendant's Motion for Summary Judgment, Defendant's Statement of Undisputed Facts in Support and Plaintiffs' response thereto, as well as the transcript from the oral argument held on June 21, 2013 and the administrative record in this matter, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **DENIED**;

2. Defendant's Motion for Summary Judgment is **GRANTED**; and

3. Judgment is entered in favor of Defendant, Metropolitan Life Insurance Company.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
Jeffrey L. Schmehl, J.